**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

*Alexandria Division*

In re:

| | | |
|---|---|---|
| James Kenneth Jubilee | * | Case: 13-12268- BFK |
| | * | Chapter 11 |
| DEBTOR, | * | |
| | * | |

* * * * * * * *

| | | |
|---|---|---|
| | * | |
| James Kenneth Jubilee | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | AP Number 13-01160 BFK |
| | * | |
| PNC BANK | * | |
| 2730 Liberty Avenue | * | |
| Pittsburgh, PA 15222 | * | |
| DEFENDANT, | * | |
| | * | |

* * * * * * * *

**ORDER GRANTING MOTION TO AVOID LIEN**

      THIS MATTER COMES UPON Motion of the Debtor, James Kenneth Jubilee (the "Movant") pursuant to 11 U.S.C. § 506 it is by the United States Bankruptcy Court for the Eastern District of Virginia

ORDERED, that the value of the collateral securing Respondent's claim is $706,000.00; and it is further

ORDERED, that at such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of PNC Mortgage on the Debtors' real property described as: 42506 Longacre Drive, Chantilly, VA 20152 shall be void subject to successful completion of the Debtor's Chapter 13 Plan; and it is further

ORDERED, that the claim of Respondent herein shall be treated under debtor's plan as an allowed, general unsecured claim for the balance, and further, the Respondent shall be allowed thirty (30) days to file an amended claim to reflect the unsecured nature of their interest.

Dated: Aug 27 2013

/s/ Brian F. Kenney
Judge Brian Kenney

**PREPARED BY:**

Entered on Docket: August 27, 2013

PELS ANDERSON, L.L.C.
4905 Del Ray Avenue, Suite 507
Bethesda, MD 20814

By:  /s/ Jennifer O. Schiffer
Jennifer O. Schiffer #73287
Counsel for the Debtors

Certificate
The Clerk Shall mail a copy of the entered Order to the following:

United States Trustee, Region 4
115 South Union St.
Suite 210
Alexandra, VA. 22314

Vice President
PNC BANK
2730 Liberty Avenue
Pittsburgh, PA 15222

Resident Agent
PNC Bank, National Association
Corporation Service Company
Bank of America Center

1111 E Main Street,      16th Floor
Richmond, VA 23219

PNC Mortgage
c/o Brandon R. Jordan
Samuel I. White PC
1804 Staples Mill Rd suite 200
Richmond VA 23230

/s/ Jennifer O. Schiffer____
Jennifer O. Schiffer, Esq.